P.O. Box 624
Homewood, Il. 60430
October 2, 2017

Dear Attorney Siegel,
    This letter is regarding Chapter 13 Case No. 17B10560. Please terminate all of your services for my Chapter 13 case effective October 2, 2017.
    Thanks for your attention in this matter.

Sincerely,
Barbara Harris

FILED
OCT 03 2017
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS