UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>BARBARA E. HARRIS,<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-10560<br><br>Chapter: 13<br>Honorable Timothy Barnes |

**ORDER GRANTING LEAVE TO WITHDRAW AS ATTORNEY FOR DEBTOR**

THIS MATTER coming to be heard on the Motion of the Debtor's Counsel for leave to withdraw as attorney of record, the Court having jurisdiction and being duly advised in the premises and due notices having been given:

It is hereby ORDERED:

Debtor's Counsel is granted leave to withdraw from this cause.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 26, 2017

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100