UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Barbara E. Harris<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   17-10560<br><br>Chapter: 13<br>Honorable Timothy A. Barnes |

## Order Modifying Plan

This cause coming to be heard on the Amended Motion Motion to Modify Chapter 13 Plan Dated July 25, 2017 [Docket No. 57] (the "Motion");

IT IS HEREBY ORDERED THAT:

1. The plan is continued for the remaining 25 months.

2. Toyota Motor Credit Corporation is to be paid $478.00 per month for their claim.

3. CitiMortgage, Inc. shall no longer be paid for Claim 9-1, as their claim (including attorney fees) has been satisfied and paid in full.

Enter:

United States Bankruptcy Judge

Dated: 26 APR 2018

**Prepared by:**